UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **16-2896**

Mullin v. Balicki

To:   Clerk

1) Motion by Appellant for Leave to File Overlength Brief Containing Fifty (50) Pages and for Extension of Time to File Brief until January 23, 2017

2) Supplemental Certification by Appellant in Support of Motion to File Overlength Brief

---

    The foregoing motion is denied as presented to the extent that Appellant seeks to file a brief containing fifty (50) pages. The amendment to Rule 32, Fed. R. App. Procedure, effective December 1, 2016, reduced the number of words for a principal brief to 13,000.  Because the rule is recent and the initial briefing schedule was issued prior to the effective date of the amendment to Rule 32, the Court has authorized accepting Appellant's overlength brief in this instance only within the following limits: Appellant may file a brief not exceeding 14,000 words. Appellees may file a brief not exceeding 16,500 words.  Appellant may file a reply brief not exceeding 6,500 words. Appellant's request for extension of time to file brief and appendix is granted.  Appellant's brief and appendix must be filed and served on or before January 23, 2017. No further extensions of time will be granted.


For the Court,

s/ Marcia M. Waldron
Clerk


Dated: January 10, 2017
tmm/cc:  Shelley L. Stangler, Esq.
David C. Donohue, Esq.

Gregory R. Bueno, Esq.
Daniel M. Vannella, Esq.