# FARKAS & DONOHUE, LLC

-Counselors at Law-
25A Hanover Road, Suite 320
Florham Park, New Jersey 07932
(973) 443-9400
(973) 443-4330 Fax
Email: Office@FarkasandDonohue.com
www.FarkasandDonohue.com

EVELYN CADORIN FARKAS *
DAVID C. DONOHUE # *
ROBERT J. MORMILE **
BETH A. HARDY*
CHARLES E. MURRAY III +
NANCY CROSTA LANDALE
EILEEN M KAVANAGH +
JENNIFER SALFI GIANETTI
GUY M. MAGNUSSON
CHRISTINE M. JONES +
LORI D. LEWIS
MEREDITH T. ZAITA+
ADAM P. SCALICE

* Certified By The Supreme
   Court of New Jersey as a
   Certified Civil Trial Attorney
** Admitted in NJ & PA
+ Admitted in NJ & NY
# Admitted in NJ & AZ

February 16, 2017

*Via Electronic Filing*
United States Court of Appeals for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *Mullin v. Byrd, et al.*
            Case No. 16-2896
            On Appeal from US District Court for the District of New Jersey,
             Trenton at Docket No.: 3:11-CV-0247(MLC)(LHG)
            Our File No.: UMDNJ-113

To Whom It May Concern:

    Please accept this letter on behalf of Jane Byrd, currently identified as Appellee in the above matter. This letter seeks to have Jane Byrd removed from the list of parties to the pending appeal. By notice generated February 15, 2017 Jane Byrd was "verbally granted an extension of time to file brief until 03/08/2017 pursuant to Third Cir. LAR 31.4." Nevertheless, it is apparent from the Appellant's submission of January 23, 2017 that the Appeal does **not** relate to Jane Byrd, nor seek to resurrect the any claims against Jane Byrd. Nurse Byrd was dismissed with

prejudice by Order filed May 25, 2016 (docket entry 252). The Appellant does not seek reversal of said order, and merely references said order for the purpose of demonstrating the finality of disposition of all parties and claims. The Appellant's brief specifically states "This appeal is limited to the dismissal of defendant Officer Nicholas Dimler...and the failure to permit amendment of the complaint to again implead Dimler along with officers Robert Russo, Chief Ralph Yansek, Lt. Dudich, Sgt. B. Stern, Sgt. Thomas Spence and Officer Eric Large….**Plaintiff does not appeal from the dismissals of other defendants or summary judgment granted to Nurse Byrd on May 25, 2016**". (Pb2)(emphasis added). Upon the Appellant's own representations clearly demonstrating that the appeal does not relate to Jane Byrd, it is respectfully requested that Jane Byrd be removed from list of parties to whom the Appeal relates, and be designated a nonparty. Please advise if any further submissions will be required in this regard.

                                                Respectfully submitted,

                                                Christine M. Jones, Esq.

*cc via electronic filing:*
    Shelley L Stangler, Esq.
    John J. Welch, Esq.
    Daniel Michael Vannella, DAG
    Kevin A. Terhune, DAG