UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
NO: 16-2896

JOAN MULLIN, et al.,

    Plaintiff-Appellants,

    v.

KAREN BALICKI, et al.,

    Defendant-Appellees.

ON APPEAL FROM A FINAL ORDER OF
THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SAT BELOW:
HON. MARY L. COOPER, U.S.D.J.
HON. LOIS H. GOODMAN, U.S.M.J.

_____

ADDENDUM TO DEFENDANTS-APPELLEES' BRIEF -
CERTIFICATION OF IDENTICAL COMPLIANCE OF BRIEFS
ON BEHALF OF OFFICER DIMLER
_____

                          CHRISTOPHER S. PORRINO
                          ATTORNEY GENERAL OF NEW JERSEY
                          Attorney for Defendants-Appellees
                          R.J. Hughes Justice Complex
                          P.O. Box 112
                          Trenton, New Jersey 08625
                          (609) 633-8687

Gregory R. Bueno
Deputy Attorney General
  On the Brief

Lisa A. Puglisi
Assistant Attorney General
  Of Counsel

**CERTIFICATE OF COMPLIANCE WITH ELECTRONIC FILING REQUIREMENTS**

    I hereby certify that this brief complies with the electronic filing requirements of LAR 31.1(c) as the text of this electronic brief is identical to the text of the paper copies.

s/ Gregory R. Bueno
Gregory R. Bueno
Deputy Attorney General
