UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-2896

JOAN MULLIN,
     Appellant

v.

ADMINISTRATOR KAREN BALICKI, ET AL

(D.N.J. No. 11-cv-00247)

Present: CHAGARES, VANASKIE and FUENTES, Circuit Judges

1. Motion by Appellant for Leave to File Confidential Joint Appendix Volume IV Under Seal Pursuant to Third Circuit LAR Misc. 113.7; and

2. Unopposed Motion by Appellee to Seal Confidential Appendix.

            Respectfully,
            Clerk/mcw

_____ORDER_____
The foregoing motions are granted. Volume IV of the Joint Appendix, currently filed under seal on this Court's docket, shall remain under seal indefinitely.

            By the Court,

            s/Julio M. Fuentes
            Circuit Judge

Dated: July 7, 2017
MCW/cc: Shelley L. Stangler, Esq.
     John J. Welch, Esq.
     David C. Donohue, Esq.
     Gregory R. Bueno, Esq.
     Daniel M. Vannella, Esq.